FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 JAN -2 AM II: 22

CLERK___/s/____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| KENNETH NATHANIEL BUSSIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV407-144 |
| | ) | |
| AL St. LAWRENCE, Sheriff, | ) | |
| McARTHUR HOLMES, Jail | ) | |
| Administrator, and EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of Jan_____, 2008

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA